AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  1:16mj4169 (JDG) |
|  | ) | |
| Zachary Benson | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING PRELIMINARY/DETENTION HEARINGS

The preliminary/detention hearings in this case are scheduled as follows:

| Place: 801 West Superior Avenue Cleveland, Ohio 44113 | Courtroom No.: 10B |
|---|---|
| | Date and Time: 11/17/2016 at 11:00 a.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 11/14/2016

s/Jonathan D. Greenberg
*Judge's signature*

Jonathan D. Greenberg, United States Magistrate Judge
*Printed name and title*